# Exhibit D

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| **EMILIO J. URENA,** | ) | **CIVIL ACTION NO.: 2:12-CV-00469-DCN** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **ASSIGNMENT** |
| | ) | |
| **GREGORY S. BRYANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

For valuable consideration, the receipt of which is hereby acknowledged, after receiving the benefit of independent counsel, I hereby assign to Emilio J. Urena any and all claims I may have arising out of the case *Emilio J. Urena v. Gregory S. Bryant*, Case Number 2:12-cv-00469. These claims include, but are not limited to, claims arising out of the negligent, bad-faith behavior, and /or breach of contract of Nationwide Insurance Company of America, its agents, servants and/or employees, its law firm, insurance agency or insurance broker in relation to the handling of this matter, the resulting judgment entered in the case of *Emilio J. Urena v. Gregory S. Bryant*, any other matters related to the claim which resulted in the judgment being entered against Gregory S. Bryant, and for any claims they may have arising out of any liability insurance coverage for the said Gregory S. Bryant.

In consideration of this assignment, Emilio J. Urena hereby covenants

1

not to institute any further claims, lawsuits or causes of action against Gregory S. Bryant to enforce or collect on the above judgment until after he has exhausted his efforts to recover the judgment from Nationwide Insurance Company of America.

Assignor further agrees that he will cooperate to the extent necessary to assist in the pursuit of the action under the above referenced policy. Assignor acknowledges that he has sought advice of counsel regarding this assignment, is under no undue coercion or duress, is of sound mind and body, believes the assignment to be in his best interests and supported by valuable consideration.

Assignor also expressly waives any attorney/client privilege concerning the representation of him by his prior attorneys at Clawson and Staubes to the extent necessary to assist in the pursuit of any litigation arising from this assignment. Assignor specifically does not waive attorney/client privilege regarding his prior criminal defense attorneys including, but not limited to, Brian Johnson and Brian Burke.

This assignment is intended to bind the parties hereto and their heirs and assigns.

2

**THIS ASSIGNMENT IS IRREVOCABLE.**

WITNESSES:

_____

_____                    _____
                                                   GREGORY S. BRYANT

SWORN to and subscribed before me
this _16_ day of April, 2014.

_____
Notary Public for South Carolina
My Commission Expires: 5/29/2019

     I HEREBY ACCEPT THIS ASSIGNMENT AND AGREE ALL SUMS RECEIVED SHALL BE APPLIED TO THE JUDGMENT AGAINST GREGORY S. BRYANT.

_____
EMILIO J. URENA

### ATTORNEY'S CERTIFICATE

     I have reviewed the foregoing assignment with my client, Gregory S. Bryant, and explained its meaning to him. In my opinion he fully understands the terms of the assignment. I concur with his decision to execute this assignment as being in his best interest and as an attempt to protect his personal assets from jeopardy.

_____
BRIAN C. JOHNSON
Attorney at Law

3